<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6560**

———————

TEDMOND ADIELE,

                        Plaintiff - Appellant,

    versus

KEITH E. OLSON, Warden,

                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Charles H. Haden II, Chief District Judge.  (CA-99-39-5)

———————

Submitted:  June 17, 1999         Decided:  June 23, 1999

———————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Tedmond Adiele, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tedmond Adiele appeals the district court's order denying his petition filed under 28 U.S.C.A. § 2241 (West 1994 & Supp 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Adiele v. Olson</u>, No. CA-99-39-5 (S.D.W. Va. Apr. 8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>